**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| TONY A. NELSON, | ) | CASE NO. 08-13738 |
| | ) | Chapter 7 |
| DEBTOR(S). | ) | |

## NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011.  The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed.  Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Von Maur | 6565 Brady St. Davenport, IA 52806 | $3.74 |
| | Total | $3.74 |

**WHEREFORE**, Trustee is depositing the total sum of $3.74 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: July 14, 2010**

        **Respectfully submitted,**

        **CHAPTER 7 TRUSTEE**
        **444 EAST MAIN STREET**
        **FORT WAYNE, INDIANA 46802**
        **TELEPHONE: (260) 426-0444**
        **FAX: (260) 422-0274**
        **EMAIL:** mseifert@hallercolvin.com

        **BY: /s/ Martin E. Seifert**
            **MARTIN E. SEIFERT**
            **I.D. #16857-02**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 14th day of July, 2010, to:

    Dennis G. Golden, Esq.
    614 West Berry Street
    Suite B
    Fort Wayne, IN 46802

    United States Trustee
    555 One Michiana Square
    100 East Wayne Street
    South Bend, Indiana 46601

    Von Maur
    6565 Brady St.
    Davenport, IA 52806

        /s/ Martin E. Seifert
        **MARTIN E. SEIFERT**